UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **CECELIA KIRKWOOD,** | ) |
| *Plaintiff* | ) ) ) ) |
| v. | ) Case No.: 4:20-cv-01350-O ) ) |
| **CITIZENS DISABILITY, LLC,** | ) ) ) |
| **Defendant** | ) ) ) |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses the Complaint with prejudice.

Dated: <u>January 15, 2021</u>

BY: */s/ Amy L.B. Ginsburg*
Amy L.B. Ginsburg, Esquire
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888 ext. 167
Facsimile: (877) 600-2112
Email: aginsburg@creditlaw.com
Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of January, 2021, a true and correct copy of the foregoing pleading served via mail to the below:

Liam C. Floyd
Stanzler Levine LLC
37 Walnut Street, Suite 200
Wellesley, MA 02481
Phone: (617) 482-3198
Email: lfloyd@stanzlerlevine.com
Attorney for the Defendant

*/s/ Amy L.B. Ginsburg*
Amy L.B. Ginsburg, Esquire
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888 ext. 167
Facsimile: (877) 600-2112
Email: aginsburg@creditlaw.com
Attorney for Plaintiff