IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| CECELIA KIRKWOOD, | § § § | |
| Plaintiff, | § § § | |
| v. | § § | Civil Action No. 4:20-cv-01350-O |
| CITIZENS DISABILITY, LLC, | § § § § | |
| Defendant. | § § | |

## ORDER

Before the Court is Plaintiff's Motion for Voluntary Dismissal, filed September 14, 2020. Motion, ECF No. 7. Under Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Court may dismiss an action at the Plaintiff's request. Noting that Defendant has not asserted counterclaims and Plaintiff has not previously dismissed any federal or state action based on or including the same claim in this action, the Court **GRANTS** the Motion. Accordingly, Plaintiffs claims are dismissed with prejudice.

SO ORDERED on this **15th day** of **January, 2021.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

1